IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAREN LYONS                                                                    PLAINTIFF

v.                           No. 5:17-cv-128-DPM

ARKANSAS DEPARTMENT
OF COMMUNITY CORRECTIONS;
SHEILA SHARP; WADE HODGE;
KEVIN MURPHY; PHYLLIS
CALLAWAY-SILAS; JERRY BRADSHAW;
CHAD BROWN; and PAULETTE
WASHINGTON, all in their Individual and
Official Capacities as Employees
of the Arkansas Department
of Community Corrections                      DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 6 May 2019 to enforce the settlement.

*WPMarshallJr.*
D.P. Marshall Jr.
United States District Judge

4 April 2019